| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Patricia Denice Boley Brown** | Social Security number or ITIN | **xxx–xx–9227** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed for chapter | **7   12/20/19** |
| Case number: | **19–36611–KLP** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Patricia Denice Boley Brown | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8266 Reagan Drive<br>King George, VA 22485 | |
| 4. | **Debtor's attorney**<br>Name and address | Walter Ragland [R&R]<br>Ragland & Ragland PLC<br>4107 Plank Road<br>Suite B<br>Fredericksburg, VA 22407 | Contact phone (540)404–5000<br>Email: RaglandWL@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Bruce E. Robinson<br>P.O. Box 538<br>South Hill, VA 23970–0538 | Contact phone (434) 447–7922<br>Email:  bruce.robinsontr@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**              page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 701 East Broad Street<br>Richmond, VA 23219<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 804–916–2400 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: December 23, 2019 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 28, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: March 30, 2020** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1. |
| **14.** | **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same−day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**     page 3

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 19-36611-KLP
Patricia Denice Boley Brown                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7        User: brayl              Page 1 of 2              Date Rcvd: Dec 23, 2019
                            Form ID: 309A            Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
```
db           +Patricia Denice Boley Brown,    8266 Reagan Drive,    King George, VA 22485-7156
15185700      AES,    Payment Center,    Harrisburg, PA 17130-0001
15185701     +Billy Brown,    8266 Reagan Drive,    King George, VA 22485-7156
15185704      Chase Receivables,    755 Baywood Drive,    Suite 208,    Petaluma, CA 94954-5508
15185705     +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
15185714     +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
               Mason, OH 45040-8999
15185717     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
15185718     +Great Eastern Resort Corp,    PO Box 78843,    Phoenix, AZ 85062-8843
15185724      Mercantile Adjustment Bureau,    165 Lawrence Ball Dr. Ste 100,    Buffalo, NY 14221-7900
15185726     +Midnight Velvet/ Wards,    Attn: Bankruptcy,    1112 7th Avenue,    Monroe, WI 53566-1364
15185735     +NES,    2479 Edison Blvd.,    Unit A,    Twinsburg, OH 44087-2476
15185734     +Nelville Ridgley, III,    PO Box 62999,    Virginia Beach, VA 23466-2999
15185737     +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
15185738     +Performant Recovery, Inc.,    PO Box 9048,    Pleasanton, CA 94566-9000
15185739     +Peroutka,Miller,Kilma & Peters,    8028 Richie Highway,    Suite 300,    Pasadena, MD 21122-1360
15185740     +Peter Heindel,    6802 Paragon Place Suite 410,    Richmond, VA 23230-1655
15187669    ++ROBERT P MCINTOSH,    U S ATTORNEY S OFFICE,    EASTERN DISTRICT OF VIRGINIA,
               919 E MAIN ST SUITE 1900,    RICHMOND VA 23219-4625
              (address filed with court: U. S. Attorney,    600 East Main Street,    Suite 1800,
               Richmond, VA 23219)
15185746     +Spiro & Browne PLC,    6802 Paragon Place,    Suite 410,    Richmond, VA 23230-1655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: RaglandWL@aol.com Dec 24 2019 08:28:32     Walter Ragland [R&R],
               Ragland & Ragland PLC,    4107 Plank Road,    Suite B,    Fredericksburg, VA  22407
tr            E-mail/Text: brobinson@iq7technology.com Dec 24 2019 08:33:16      Bruce E. Robinson,
               P.O. Box 538,    South Hill, VA  23970-0538
15185702     +EDI: CAPITALONE.COM Dec 24 2019 11:03:00      Capital One,    PO Box 30285,
               Salt Lake City, UT 84130-0285
15185703      EDI: CAPITALONE.COM Dec 24 2019 11:03:00      Capital One,    PO BOX 71083,
               Charlotte, NC 28272-1083
15185706      EDI: WFNNB.COM Dec 24 2019 11:03:00     Comenity Bank/Brylane Home,    PO Box 182273,
               Columbus, OH 43218-2273
15185707     +EDI: WFNNB.COM Dec 24 2019 11:03:00     Comenity Bank/Kingsize,    Attn: Bankruptcy,
               Po Box 182125,    Columbus, OH 43218-2125
15185708      EDI: WFNNB.COM Dec 24 2019 11:03:00     Comenity Bank/Lane Bryant,    PO Box 182273,
               Columbus, OH 43218-2273
15185709     +EDI: WFNNB.COM Dec 24 2019 11:03:00     Comenity Bank/Torrid,    Attn: Bankruptcy,
               Po Box 182125,    Columbus, OH 43218-2125
15185710     +EDI: WFNNB.COM Dec 24 2019 11:03:00     Comenity/Ashley Stewart,    PO Box 659705,
               San Antonio, TX 78265-9705
15185711     +EDI: WFNNB.COM Dec 24 2019 11:03:00     Comenity/Children's Place,    Attn: Bankruptcy Dept,
               Po Box 182125,    Columbus, OH 43218-2125
15185712     +EDI: WFNNB.COM Dec 24 2019 11:03:00     Comenity/New York & Co.,    PO Box 659728,
               San Antonio, TX 78265-9728
15185713     +E-mail/Text: kthompson@crownasset.com Dec 24 2019 08:32:17      Crown Asset Management LLC,
               3100 Breckenridge Blvd.,    #725,    Duluth, GA 30096-7605
15185715      EDI: DISCOVER.COM Dec 24 2019 11:03:00      Discover Financial,    Attn: Bankruptcy Department,
               Po Box 15316,    Wilmington, DE 19850-0000
15185716     +EDI: DISCOVERSL.COM Dec 24 2019 11:03:00      Discover Student Loans,    Attn: Bankruptcy,
               Po Box 30948,    Salt Lake City, UT 84130-0948
15185719     +EDI: IIC9.COM Dec 24 2019 11:03:00     IC System, Inc,    Attn: Bankruptcy,    Po Box 64378,
               Saint Paul, MN 55164-0378
15185720      EDI: IRS.COM Dec 24 2019 11:03:00     IRS,    PO Box 219236,    Kansas City, MO 64121-0000
15185721     +E-mail/Text: bncnotices@becket-lee.com Dec 24 2019 08:31:38      Kohl's/Capital One,
               P.O. Box 3115,    Milwaukee, WI 53201-3115
15185722     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 07:53:24
               LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
               Greenville, SC 29603-0497
15185723      EDI: CBSMASON Dec 24 2019 11:03:00     Masseys,    PO Box 2822,    Monroe, WI 53566-8022
15185725     +EDI: MID8.COM Dec 24 2019 11:03:00     Midland Funding,    2365 Northside Dr Ste 300,
               San Diego, CA 92108-2709
15185727      EDI: CBS7AVE Dec 24 2019 11:03:00     Montgomery Ward,    1112 7th Avenue,
               Monroe, WI 53566-1364
15185728     +EDI: NESF.COM Dec 24 2019 11:03:00     National Ent,    29125 Solon Rd,    Solon, OH 44139-3442
15185729     +EDI: NAVIENTFKASMSERV.COM Dec 24 2019 11:03:00      Navient,    Attn: Bankruptcy,    Po Box 9640,
               Wilkes-Barre, PA 18773-9640
15185730     +EDI: NAVIENTFKASMSERV.COM Dec 24 2019 11:03:00      Navient,    Attn: Bankruptcy,    Po Box 9640,
               Wiles-Barr, PA 18773-9640
15185732     +EDI: NFCU.COM Dec 24 2019 11:03:00     Navy FCU,    Attn: Bankruptcy,    Po Box 3000,
               Merrifield, VA 22119-3000
15185731     +EDI: NFCU.COM Dec 24 2019 11:03:00     Navy FCU,    Attn: Bankruptcy Dept,    Po Box 3000,
               Merrifield, VA 22119-3000
```

```
District/off: 0422-7          User: brayl              Page 2 of 2            Date Rcvd: Dec 23, 2019
                              Form ID: 309A            Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
15185733         +EDI: NFCU.COM Dec 24 2019 11:03:00      Navy Federal Credit Union,    PO Box 3000,
                  Merrifield, VA 22119-3000
15185741          EDI: PRA.COM Dec 24 2019 11:03:00      Portfolio Recovery,    Attn: Bankruptcy,
                  120 Corporate Blvd,    Norfold, VA 23502-0000
15185742          EDI: PRA.COM Dec 24 2019 11:03:00      Portfolio Recovery Associates,    140 Corporate Blvd,
                  Norfolk, VA 23502-0000
15185743          E-mail/Text: colleen.atkinson@rmscollect.com Dec 24 2019 08:33:18      Receivable Management Inc,
                  7206 Hull Rd,    Ste 211,   Richmond, VA 23235-0000
15185744          EDI: CBS7AVE Dec 24 2019 11:03:00      Seventh Avenue,    1112 7th Ave.,    Monroe, WI 53566-1364
15185745         +E-mail/PDF: clerical@simmassociates.com Dec 24 2019 07:56:14      Simm Associates, Inc.,
                  800 Pencader Drive,    Newark, DE 19702-3354
15185747         +EDI: RMSC.COM Dec 24 2019 11:03:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                  Po Box 956060,    Orlando, FL 32896-0001
15185748         +EDI: RMSC.COM Dec 24 2019 11:03:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                  Po Box 965060,    Orlando, FL 32896-5060
15185749          EDI: RMSC.COM Dec 24 2019 11:03:00      Synchrony Bank/Gap,    PO Box 530942,
                  Atlanta, GA 30353-0942
15185750         +EDI: VERIZONCOMB.COM Dec 24 2019 11:03:00      Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
                                                                                              TOTAL: 36

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15185736*        +NES,   2479 Edison Blvd.,    Unit A,   Twinsburg, OH 44087-2476
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2019 at the address(es) listed below:
              Bruce E. Robinson    bruce.robinsontr@gmail.com,
               therese.rogerstra@gmail.com;brobinson@IQ7Technology.com;brobinson@ecf.epiqsystems.com
              John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
              Walter  Ragland [R&R]    on behalf of Debtor Patricia Denice Boley Brown RaglandWL@aol.com,
               raglandwr41739@notify.bestcase.com;allisone@raglandlegal.com;r41739@notify.bestcase.com;vabklaw@g
               mail.com;bryan.ragland@gmail.com
                                                                                              TOTAL: 3